UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARIRO CHINYANGANYA,<br><br>                       Plaintiff,<br><br>-against-<br><br>SPANISH DANCE ARTS COMPANY, INC., et al.,<br><br>                       Defendant(s). | 23-CV-8557 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On February 16, 2024, this Court entered an order explaining that, having been advised that all claims had been settled in principle, the case was dismissed "without prejudice to the right to reopen the action within sixty days of [February 16, 2024] if the settlement is not consummated." Dkt. 24. On April 5, 2024, the parties entered a stipulation consenting to the jurisdiction of a magistrate judge. Dkt. 25. The parties have not, however, moved to reopen this case, and the case thus remains closed. If the parties want to reopen this case, they must submit a letter motion requesting that the case be reopened and explaining why.

      SO ORDERED.

Dated: April 9, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge